IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 18CR214 |
| | * | (UNDER SEAL) |
| KAMLESH CHAUHAN | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## MOTION TO SEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Hollis Raphael Weisman, Assistant United States Attorney, for said District, moves this Honorable Court for an order sealing the **Indictment and Bench Warrant** in the above-captioned matter for the following reason:   fear of flight.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court; and that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Hollis Raphael Weisman
Assistant United States Attorney

**ORDERED** as prayed, this 18th day of April, 2018.

_____
Gina Simms
United States Magistrate Judge