IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. PWG-18-0214 |
| KAMLESH CHAUHAN | : | |

...ooOoo...

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by and through its Attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Hollis Raphael Weisman, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order to unseal the Indictment in the above case.

Respectfully submitted,

Robert K,. Hur
United States Attorney

By: _____
Hollis Raphael Weisman
Assistant United States Attorney

ORDERED as prayed, this 19th day of April, 2018.

_____
The Honorable Gina L. Simms
United States Magistrate Judge