IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR 1 9 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.  PWG 18-cr-214-1 |
| **Kamlesh Chauhan** | * | |
| | * | |

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this 19th day of April, 2018, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

Gina L. Simms
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel