AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 2 4 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America
v.

**KAMLESH CHAUHAN**
*Defendant*

Case No. 18 CR 014 PWG

2018 APR 18 PM 3:36
U.S. MARSHALS
GREENBELT, MD

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kamlesh Chauhan                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment      ⬜ Superseding Indictment      ⬜ Information      ⬜ Superseding Information      ⬜ Complaint
⬜ Probation Violation Petition      ⬜ Supervised Release Violation Petition      ⬜ Violation Notice      ⬜ Order of the Court

This offense is briefly described as follows:   Abusive sexual contact; forfeiture

Date: April 18, 2018

*Issuing officer's signature*

City and state:   Greenbelt, MD

*Printed name and title*

---

### Return

This warrant was received on *(date)* April 18, 2018, and the person was arrested on *(date)* April 19, 2018
at *(city and state)* Beltsville, Maryland.

Date: April 19, 2018

*Arresting officer's signature*

Endia Norman, Special Agent
*Printed name and title*