IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | Case No. 18-CR-214-PWG |
| | * |
| **KAMLESH CHAUHAN** | * |

\* \* \* \* \*

**NOTICE OF APPEARANCE**

Please enter the appearance of Larry Allen Nathans, Esq., Nathans & Biddle LLP, as counsel for Mr. Chauhan in the above-styled case.

_____
Larry Allen Nathans
Fed. Bar No. 03023
NATHANS & BIDDLE LLP
120 East Baltimore Street
Suite 1800
Baltimore, Maryland 21202
410.783.0272
410-783-0518 (facsimile)
Nathans@Nathanslaw.com (Email)

May 3, 2018