IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

UNITED STATES OF AMERICA　　　　*

v.　　　　　　　　　　　　　　　　Case No. 8:18-cr-00214-PWG
　　　　　　　　　　　　　　　　*

KAMLESH CHAUHAN
　　　　　　　　　　　　　　　　*

* * * * *

## UNOPPOSED MOTION TO EXTEND TIME FOR THE DEFENSE TO FILE PRETRIAL MOTIONS

Kamlesh Chauhan, through his counsel, Larry Allen Nathans, Nathans & Biddle, LLP, moves this Honorable Court to extend for 33 days (until July 7, 2018) the time for Mr. Chauhan to file pretrial motions in this case. In support of this motion the following is asserted:

1. Assistant United States Attorney Hollis Weisman has authorized undersigned counsel to state that she does not oppose this request.

2. Pretrial motions are currently due to be filed by June 4, 2018.

3. Mr. Chauhan was arrested on April 17, 2018.

4. Undersigned counsel has been retained for less than one month. Counsel seeks this extension in order to have additional time to better investigate and evaluate the relevant facts and law supporting potential motions to be filed in this matter.

5. Attached is a proposed Order for the Court's review.

WHEREFORE, Mr. Chauhan respectfully requests this Honorable Court grant his Unopposed Motion to extend for 33 days (until July 7, 2018) the time for Mr. Chauhan to file pretrial motions in this matter.

Respectfully submitted,

Larry Allen Nathans
Federal Bar No. 03023
NATHANS & BIDDLE LLP
120 East Baltimore Street
Suite 1800
Baltimore, Maryland 21202
410.783.0272
Nathans@Nathanslaw.com

**Certificate of Service**

I HEREBY CERTIFY that on this 30th day of May, 2018, a copy of this Motion was electronically docketed and sent via ECF to all parties including Assistant United States Attorney Hollis Weisman.

Larry Allen Nathans

2