IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

**UNITED STATES OF AMERICA**

*

**v.**                    Case No. 8:18-cr-00214-PWG

*

**KAMLESH CHAUHAN**

*

\* \* \* \* \*

## ORDER

Upon review of Mr. Chauhan's Unopposed Motion to Extend Time for the Defense to File Pretrial Motions until July 7, 2018, it is this ___ day of _____, 2018,

ORDERED, in chambers that Mr. Chauhan's Unopposed Motion is granted.

_____
Paul W. Grimm
United States District Court Judge

cc:   Larry A. Nathans, Esq.
      Hollis Weisman, AUSA