IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal Case PWG-18-0214** |
| **KAMLESH CHAUHAN** | : | |

...oooOooo...
## GOVERNMENT'S MOTION TO ACCEPT LATE-FILED SENTENCING MEMORANDUM

The United States of America, by and through Robert K. Hur, United States Attorney for the District of Maryland, and Hollis Raphael Weisman, Assistant United States Attorney, asks this Court to accept its Sentencing Memorandum, filed one day late, and says:

1. This assistant United States Attorney has been in trial or in court hearings nearly every day since February 11, 2019, including three jury trials.

2. The deadline of February 26, 2019, simply slipped the mind of the AUSA.

3. Defense counsel and this AUSA have discussed the issue, and the defendant would not be prejudiced if this Court accepts the government's Sentencing Memorandum.

Respectfully submitted,

Robert K. Hur
United States Attorney for the
 District of Maryland


/s/
_____

Hollis Raphael Weisman
Assistant United States Attorney
Bar No. 11465
United States Courthouse
6500 Cherrywood Lane, Room 400
Greenbelt, Maryland  20770
301-344-4029, FAX 301-344-0213
hollis.weisman@usdoj.gov