Kamlesh Chauhan
63961-037
LSCI. Allenwood
P.O. Box 1000
White Deer, PA 17887

BB.28



DEC 23 2019
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

⇔63961-037⇔
Hon Paul W Grimm
6500 Cherrywood LN
U S Ditrict Court - St 465.A
Greenbelt, MD 20770
United States