Kamlesh Chauhan
63961-037
PO Box 1000
LSCI Allenwood
White Deer, PA 17887-1000

TO
Office of the Clerk
6500 Cherrywood Lane
Greenbelt, MD 20770

March 9, 2020

sub: address change, PWG-18-214

Sir,

Effective March 11, 2020 my new address will be my residence address:

> Kamlesh Chauhan
> 9302 Daly Court
> Laurel, MD 20723

Please take note of this new address. All future correspondence related to PWG-18-214 or PWG-19-3646 should be directed to above new address.

Thanks,
Kamlesh Chauhan