Kamlesh Chauhan
63961-037
PO Box 1000
LSCI Allenwood
White Deer, PA 17887-1000

— address change —


MAR 12 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

⇔63961-037⇔
Hon Paul W Grimm / Office of the Clerk
6500 Cherrywood LN, St 465A
U S Ditrict Court
Greenbelt, MD 20770
United States

20770-720350