IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :  Crim. No. PWG-18-0214 |
| **KAMLESH CHAUHAN** | : |

…oooOooo …

### Certificate of Service

I hereby certify that copies of the government's Opposition to Defendant's Motion Pursuant to 28 U.S.C. § 2255 and Correspondence Re: Effect of Fourth Circuit Ruling were sent by U.S. Postal Service to:

Kamlesh Chauhan, *pro se*
9302 Daly Court
Laurel, Maryland  20723

Respectfully submitted,

Robert K. Hur
United States Attorney
 for the District of Maryland

_____
Hollis Raphael Weisman
Bar No. 11465
Assistant United States Attorney
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland  20770
301-344-4029; fax 301-344-0213
hollis.weisman@usdoj.gov