Kamlesh Chauhan
9302 Daly Ct.
Laurel, MD 20723

8:18 Cr 214 PWG

Hon. Judge Paul W. Grimm
Office of the clerk
US District court
6500 Cherrywood Lane, Suit 465A
Greenbelt, MD 20770





APR 2 7 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                    DEPUTY