Dr. Kamlesh Chauhan
9302 Daly Court
Laurel, MD 20723

Emergency Motion

Hon. Paul W. Grimm
United States District Judge
6500 Cherrywood Lane, Suit 465A
Greenbelt, MD 20770