**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Case No. 18-cr-214-PWG** |
| **KAMLESH CHAHAUN** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of June, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Petitioner's Motions Vacate, Set Aside or Correct Sentence and for Appointment of Counsel (ECF No. 47) ARE DENIED;

2. Petitioner's Motion for a Stay of Execution of Sentence IS DENIED as moot;

3. A Certificate of Appealability SHALL NOT issue;

4. The Clerk SHALL PROVIDE a copy of this Order and the foregoing Memorandum Opinion to Petitioner and to counsel of record; and

5. The Clerk SHALL CLOSE this case.

                                                    /s/
                                            Paul W. Grimm
                                            United States District Judge