

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUL 20   A 11: 26

Reply to Southern Division Address

Catherine Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy

July 20, 2021

### RECEIPT FOR RETURN OF PASSPORT

Re:   UNITED STATES OF AMERICA vs. "Kamlesh Chauhan"
Case No. 8:14-cr-214-PWG

I hereby acknowledge receipt from the Clerk, one Passport ending with 7936 issued

by the United States America which is being returned pursuant to the Courts Order.

July 20, 2021
Date

_____
Signature of Defendant or Counsel

Northern Division $ 4228 U.S. Courthouse $ 101 W. Lombard Street $ Baltimore, Maryland 21201 $ 410-962-2600
Southern Division $ 200 U.S. Courthouse $ 6500 Cherrywood Lane $ Greenbelt, Maryland 20770 $ 301-344-0660

Visit the U.S. District Court=s Website at www.mdd.uscourts.gov