UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   No. 18-CR-214 (PWG)

KAMLESH CHAUHAN,            NOTICE OF APPEAL

    Defendant.
_____

NOTICE OF APPEAL is hereby given in the United States Court of Appeals for the Fourth Circuit from an order of the United States District Court for the District of Maryland (Grimm, J.), dated June 7, 2021, denying Defendant's 28 U.S.C. 2255 motion.

**Dated: Laurel, Maryland**
        **August 2, 2021**

                           Respectfully submitted,

                           _____
                           **KAMLESH CHAUHAN**
                           **9302 DALY COURT**
                           **LAUREL, MARYLAND 20723**

**TO: CLERK OF THE COURT**
     **U.S. DISTRICT COURT**
     **DISTRICT OF MARYLAND**