FILED: August 3, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7138
(8:18-cr-00214-PWG-1)
(8:19-cv-03646-PWG)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KAMLESH CHAUHAN

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:18-cr-00214-PWG-1<br>8:19-cv-03646-PWG |
| Date notice of appeal filed in originating court: | 08/02/2021 |
| Appellant(s) | Kamlesh Chauhan |
| Appellate Case Number | 21-7138 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |