FILED: March 28, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7138
(8:18-cr-00214-PWG-1)
(8:19-cv-03646-PWG)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KAMLESH CHAUHAN

    Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK