FILED: May 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7138
(8:18-cr-00214-PWG-1)
(8:19-cv-03646-PWG)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KAMLESH CHAUHAN

        Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered 03/28/2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*