UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

June 23, 2022

RE: *Chauhan v. United States*
   Case No.: 8:22-cv-01540-PWG
   Related Case: 8:18-cr-00214-PWG

## **LETTER ORDER**

Dear Parties:

    This letter order addresses Kamlesh Chauhan's Petition for Writ of Error Coram Nobis, ECF No. 1. By this Order, I direct Government Counsel to file a response on or before July 25, 2022. Any reply from Mr. Chauhan is due on or before August 15, 2022.

    Although informal, this is an Order of the Court and shall be docketed as such. The Clerk is directed to mail a copy of this letter to Mr. Chauhan at his address of record.

Sincerely,

/S/
Paul W. Grimm
United States District Judge