# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIM. NO. 18-CR-00214-PWG** |
| | * | |
| **KAMLESH CHAUHAN,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Elizabeth Wright as counsel for the United States of America in the above-captioned case.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

BY: _____/s/_____
        Elizabeth Wright
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system on July 6, 2022, which will send notification of such filing to all counsel of record.

        _____/s/_____
        Elizabeth Wright
        Assistant United States Attorney