IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No. PWG-18-214** |
| **KAMLESH CHAUHAN** | : | |

### [PROPOSED] ORDER

For the reasons outlined in the opposition of the United States of America to Kamlesh Chauhan's Petition for a Writ of Error Coram Nobis, ECF No. 68 ("Petition"), and for good cause shown, the Petition is hereby DENIED.

_____
The Honorable Paul W. Grimm
United States District Judge