IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'23 DEC 27 PM 1:29

UNITED STATES OF AMERICA

Docket NO: 18-CR-214-PX

VS

KAMLESH CHAUHAN

PETITION FOR SEALED EXIHIBITS

Defendent, Kamlesh Chauhan, appearing pro se request the court to seal all the exhibits 1 to 5, submitted on December 27, 2023, alongwith his WRIT of Error Coram Nobis.

Sincerely,

Kamlesh Chauhan

December 27, 2023